UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JJS,

                                    **Petitioner,**

                **-against-**

W.S. PLILER,

                                    **Respondent.**

-------------------------------------------------------------------X

**19-CV-2020 (VSB)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2022

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for May 5, 2022, at 1:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

      The Court is contemplating holding an evidentiary hearing in this matter. At the conference, the parties should be prepared to discuss:

- Whether the Transgender Executive Committee ("TEC") has met since January of 2021 to discuss JJS, and in particular whether the TEC has discussed her case since the Bureau of Prisons' Transgender Offender Manual was revised in January of 2022 to modify the offender placement/designation criteria;

- Whether either party has requested affidavits or declarations by medical personnel who have treated JJS during her incarceration that discuss the severity of her condition and the sufficiency of the treatment provided;

- If the Court were to conduct an evidentiary hearing, who the parties may wish to call as fact or expert witnesses;

- If the Court were to conduct an evidentiary hearing, the logistics of having JJS testify; and

- Whether the parties have discussed settlement.

If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____

SARAH NETBURN

United States Magistrate Judge

DATED:     April 27, 2022

             New York, New York