UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JJS,

                                                       **Petitioner,**                                   **19-CV-2020 (VSB)(SN)**

                                                                                                           **ORDER**

     -against-

W.S. PLILER,

                                                    **Respondent.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Due to a scheduling conflict, the conference currently scheduled for May 5, 2022, is ADJOURNED to May 12, 2022, at 2:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties are referred to the Court's April 27, 2022 Order for further instructions.

**SO ORDERED.**

                                                                                      SARAH NETBURN
                                                                                      United States Magistrate Judge

DATED:     April 29, 2022
                    New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2022