UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JJS,

                                              **Petitioner,**                                                    **19-CV-2020 (VSB)(SN)**

       -against-                                                                          **ORDER**

**W.S. PLILER,**

                                              **Respondent.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Respondent's application for its witnesses to appear by video is DENIED. If Petitioner's prior treating physician is unable to testify in person, the Court will accept written testimony via affidavit. Any written testimony by the physician is due no later than June 24, 2022.

      The parties are directed to meet and confer on any remaining issues before the submission of their respective lists of witnesses to provide live testimony, witness affidavits, any pretrial memoranda, exhibits, and/or other materials, which are due by June 22, 2022, with the exception of any written testimony by the physician, which is due by June 24, 2022.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:      June 21, 2022
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/2022