USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2022

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
*jp@jpittell.com*

10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
*jp@jpittell.com*

June 23, 2022

Hon. Sarah Netburn
U.S. District Court
40 Foley Square
New York, NY 10007

Re:   *J.J.S. v. Plilar,* 19 Cv 2020 (VSB)(SN)

Dear Judge Netburn:

I am counsel for J.J.S., the Petitioner in the above referenced matter.

I submit this letter in regard to the Court's Order dated June 14, 2022. The Order notes the U.S. Marshals have received a writ directing J.J.S. be produced by June 22, 2022. However, J.J.S. has not been produced pursuant to the writ. I am informed she will not be produced until June 27, 2022.

Assuming J.J.S. was going to be produced on June 22nd, I was my plan to meet with her (prior to the hearing) in order to prepare her for her hearing testimony. However, due the foregoing, I will be foreclosed from being able to meet with her and have sufficient time to prepare her for her testimony.

Due to this circumstance, I respectfully request the Court direct the Marshals to bring J.J.S. here by tomorrow. Or, in the alternative, modify the hearing schedule to permit J.J.S. to testify on July 1, 2020 (subject to the Court and parties availability).[1]

Prior to submission of this letter, I have discussed this matter with the Government and they

---

The Court has been advised that the Petitioner will be in the District by no later than Monday, June 27, 2022. Accordingly, the hearing will begin on Tuesday, June 28, 2022, with testimony by all witnesses except Petitioner. Petitioner's counsel shall make every effort to prepare his witness as soon as she arrives. Petitioner will testify either on June 29, 2022 (potentially later in the day to allow for preparation time in the morning) and/or June 30, 2022, starting at 2:30 p.m.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 24, 2022
       New York, New York