UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JJS,

         Petitioner,      19-CV-2020 (VSB)(SN)

  -against-           **ORDER**

W.S. PLILER,

         Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  The Court has issued under seal a Report and Recommendation regarding JJS's petition. See ECF. No. 74. The parties are ORDERED to meet and confer as to whether the Report and Recommendation should be unsealed in light of the presumption of public access to the judicial records, see Bernstein v. Bernstein Litowitz Berger & Grossmann LLP, 814 F.3d 132, 141-42 (2d Cir. 2016), or if certain language should be redacted. No later than August 10, 2022, the parties shall file a joint letter setting out their positions and, as necessary, provide supporting explanation for each separate instance of proposed redacted language.

**SO ORDERED.**

                   _____
                   SARAH NETBURN
                   United States Magistrate Judge

DATED:  August 3, 2022
       New York, New York