```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JULY JUSTINE SHELBY,                           :
                                               :
                              Plaintiff,       :
                                               :
               -against-                       :       19-CV-2020 (VSB)
                                               :       20-CV-3233 VSB)
                                               :
WARDEN J. PETRUCCI,                            :
                                               :                    ORDER
                              Defendant.       :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On October 14, 222, I received a letter from Petitioner's counsel about Ms. Shelby's current circumstances.  I held a telephonic hearing with all parties present to discuss the issues raised in the letter.  Consistent with my remarks during the hearing, it is hereby

ORDERED that the parties meet and confer to discuss whether the letter can be filed on the docket in redacted form.  If the parties are able to agree, a proposed redacted copy should be submitted via e-mail to my Chambers.

IT IS FURTHER ORDERED that the parties provide me with a status update by Wednesday, October 19, 2022 regarding the issues discussed during the hearing.

IT IS FURTHER ORDERED that the Government file a response to the Defense's letter by Friday, October 21, 2022.

SO ORDERED.

Dated: October 17, 2022
      New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge