UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JULY JUSTINE SHELBY,                                       :
:
                 Plaintiff,                     :
:      19-CV-2020 (VSB)
          -against-                          :      20-CV-3233 VSB)
:
:
WARDEN J. PETRUCCI,                                        :      **ORDER**
:
                Defendant.                     :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the Government's letter requesting an extension of time to begin and complete Ms. Shelby's transfer to a female facility and Petitioner's response, requesting that Ms. Shelby be housed in the female facility at MDC Brooklyn while awaiting transfer. While I understand the urgency of transferring Ms. Shelby to a female facility, I also recognize that there may be logistical challenges to this undertaking. Therefore, it is hereby

      ORDERED that the Government's request for an extension in transferring Ms. Shelby to her new facility is GRANTED. The Government is ORDERED to transfer Ms. Shelby out of MDC Brooklyn on or before November 14, 2022, and to the designated female facility on or before November 30, 2022.

      IT IS FURTHER ORDERED that the Government submit a response by November 8, 2022 with arguments for why I should not grant Ms. Shelby's request to be transferred to MDC Brooklyn's female facility while awaiting her transfer to her final female facility.

IT IS FURTHER ORDERED that the Government identify the female facility that Ms. Shelby will be transferred to in an *ex parte* filing to the Court.

IT IS FURTHER ORDERED that the parties submit a joint letter 30 days after Ms. Shelby's transfer to a female facility updating me concerning Ms. Shelby's adjustment to the new facility.

SO ORDERED.

Dated: November 7, 2022
       New York, New York

Vernon S. Broderick
United States District Judge