```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____11/30/2023____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

JJS,

                                        **Petitioner,**                     **19-CV-2020 (VSB)(SN)**

              -against-                                                      **ORDER**

**W.S. PLILER,**

                                        **Respondent.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the Honorable Vernon S. Broderick's November 27, 2023 Order lifting the stay,

the parties are ORDERED to appear by telephone on December 8, 2023, at 10:00 a.m. to discuss the

Petitioner's litigation of the gender affirming surgery claim. At that time, the parties should call the

Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632,

followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      November 30, 2023
            New York, New York