```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**JJS,**

                      **Petitioner,**                    **19-CV-2020 (VSB)(SN)**

   **-against-**                                              **ORDER**

**W.S. PLILER,**

                      **Respondent.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The telephone conference scheduled for December 8, 2023, at 10:00 a.m. is RESCHEDULED for December 8, 2023, at 3:30 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                             _____
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:      November 30, 2023
                    New York, New York