UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JJS,

                              Petitioner,                      19-CV-2020 (VSB)(SN)

    -against-                                                     **ORDER**

W.S. PLILER,

                              Respondent.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The telephone conference scheduled for December 8, 2023, at 3:30 p.m. is RESCHEDULED for January 11, 2024, at 2:00 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                      _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:       November 30, 2023
                    New York, New York