**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

JJS,

                                    Petitioner,                    **19-CV-2020 (VSB)(SN)**

                    -against-                                      <u>**ORDER**</u>

W.S. PLILER,

                                    Respondent.

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____1/11/2024____
```

**SARAH NETBURN, United States Magistrate Judge:**

        As discussed during the conference on January 11, 2024, the parties are directed to file a

joint letter by March 11, 2024, updating the Court on the status of the Petitioner's application to

receive gender affirming surgery ("GAS"). If the Health Services Division Medical Director does

not issue a final decision as to the Petitioner's GAS request by March 11, 2024, the Respondent is

directed to include specific details about the status of the Petitioner's application and when a

decision may be reasonably anticipated.

**SO ORDERED.**

                                    _____
                                    SARAH NETBURN
                                    United States Magistrate Judge

DATED:        January 11, 2024
              New York, New York