UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                         :

JJS,                                :
                         :
               Petitioner,    :
                         :              19-CV-2020 (VSB)
        -against-             :              20-CV-3233 (VSB)
                         :
                         :              **ORDER**
WARDEN J. PETRUCCI,         :
                         :
            Respondent.   :
                         :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am aware that the parties have been jointly providing updates to the Court pursuant to various orders issued by me and Magistrate Judge Sarah Netburn, (*see, e.g.*, 19-cv-2020 ECF Nos. 84, 86, 89, 99, 110, 115), directing the parties to, among other things, update the Court on the status of the case. It has come to my attention that an article appeared in The Washington Free Beacon on July 10, 2024 containing allegations of sexual misconduct purportedly committed by the Petitioner.[1]

Accordingly, it is hereby:

ORDERED that Respondent advise me as soon as possible whether there have been any substantiated claims of sexual misconduct committed by Petitioner since Petitioner's transfer to a medical facility for female inmates or any other facility for female inmates.

IT IS FURTHER ORDERED that the parties are directed to review the docket entries in this case that are currently limited to court users and case participants and identify any previous filings that can be refiled on the public docket either in full or in redacted form consistent with the presumption of public access to the judicial documents. *See Bernstein v. Bernstein Litowitz Berger*

---

[1] Susannah Luthi, *Biden Judicial Nominee Sent Trans Male Rapist to Female Prison, Arguing Safety Concerns Were Overblown. Now, Sources Say He is Exposing Himself to Inmates.*, The Washington Free Beacon (July 10, 2024), https://perma.cc/VAN4-BHUB.

*& Grossmann LLP*, 814 F.3d 132, 141–142 (2d Cir. 2016). The parties are directed to file a joint letter on or before August 20, 2024 concerning this direction.

IT IS FURTHER ORDERED that Respondent's response to this Order can be filed on the public docket or in redacted form without further application to me if Respondent deems it appropriate.

SO ORDERED.

Dated:      July 17, 2024
              New York, New York

                    Vernon S. Broderick
                    United States District Judge