```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____7/18/2024____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

JJS,

                              **Petitioner,**                              **19-CV-2020 (VSB)(SN)**

        -against-                                                          **ORDER**

**W.S. PLILER,**

                              **Respondent.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court has received a status letter from the parties, as previously directed on April 25,

2024. ECF No. 117. In light of the sensitive personal information contained in the letter, it shall be

filed under seal until further order of the Court. ECF Nos. 21, 118. The parties' request to file a

status letter on October 16, 2024, is granted.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:        July 17, 2024
              New York, New York