UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
JJS,                                                    :
                                                        :
                              Petitioner,               :
                                                        :           19-CV-2020 (VSB)
                  -against-                              :           20-CV-3233 (VSB)
                                                        :
                                                        :              **ORDER**
WARDEN J. PETRUCCI,                                      :
                                                        :
                              Respondent.               :
                                                        :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On July 17, 2024, I ordered Respondent to advise me as soon as possible whether there have

been any substantiated claims of sexual misconduct committed by Petitioner since Petitioner's

transfer to a medical facility for female inmates or any other facility for female inmates.  (Doc.

118.)  I also ordered the parties to inform me by joint letter on or before August 20, 2024 whether

any previous filings whose access is currently limited to court users and case participants can be

refiled on the public docket either in full or in redacted form.  (*Id*.)  The next day, Respondent filed

a redacted letter, (Doc. 120), and I ordered the parties to meet and confer regarding whether the

redacted portion of the letter can be refiled on the public docket, (Doc. 121).  Accordingly, it is

hereby:

ORDERED that the parties file a joint letter by 5:30 p.m. today providing their position,

including any relevant authority, as to whether the redacted portion of Respondent's July 18, 2024

letter can be unredacted. If the parties fail to do so, I will determine whether continued sealing is appropriate in light of the presumption of public access to the judicial document.

SO ORDERED.

Dated:     July 22, 2024
           New York, New York

           Vernon S. Broderick
           United States District Judge