UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                              :
JJS,                              :

                   Petitioner,  :
                              :      19-CV-2020 (VSB)
        -against-            :      20-CV-3233 (VSB)
                              :
                              :          **ORDER**
WARDEN J. PETRUCCI,          :

                  Respondent.  :
-------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On July 17, 2024, I ordered the parties to review the docket entries in this case that are currently limited to court users and case participants and identify any previous filings that can be refiled on the public docket either in full or in redacted form consistent with the presumption of public access to the judicial documents. (Doc. 118.) On August 20, 2024, the parties filed a joint letter indicating which previous filings can be refiled on the public docket. (Doc. 127.) Accordingly, it is hereby:

      ORDERED that the Clerk of Court unseal all previous filings, with the exception of Doc. 37 in Case No. 19-CV-2020, which shall remain under seal.

      IT IS FURTHER ORDERED that the Clerk of Court remove the restriction at Doc. 21 in Case No. 19-CV-2020, which limits access to the docket to court users and case participants, in order to allow the parties to file documents publicly.

      IT IS FURTHER ORDERED that the parties meet and confer and file a joint letter on or before September 25, 2024 regarding the exhibits submitted in advance of the evidentiary hearing

held on June 28 and 29, 2022.[1]  The parties' joint letter should identify which documents can be refiled on the public docket either in full or in redacted form, and which documents, if any, should be filed under seal.

Dated:     September 19, 2024
           New York, New York

_____
Vernon S. Broderick
United States District Judge

---

[1] The parties submitted letters to Judge Netburn's chambers identifying each exhibit.  Petitioner should review its June 22, 24, 27, 2022 letters, and the Government should review its June 22, 2022 letter.