# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

September 23, 2024

Hon. Vernon S. Broderick  
U.S. District Court  
40 Foley Square  
New York, NY 10007

Re:   *Shelby v. Pertucci,* 19 Cv 2020 (VSB)(SN)

Dear Judge Broderick:

    I am counsel for July Shelby, the Petitioner in the above referenced matter.

    Please accept this letter in lieu of a formal motion respectfully requesting a two week extension of the September 25, 2024 deadline specified in the Court's Order issued on September 19, 2024 (ECF. 128). I seek this extension as I will be traveling this week and need additional time to discuss the matter referenced in the Order with the Government.

    The Government does not object to this request.

                            Respectfully submitted,  
                            /s/  
                            Jeffrey G. Pittell

cc:   Dana Walsh Kumar, AUSA (ECF)  
       Lucas Issacharoff, AUSA (ECF)

APPLICATION GRANTED  
SO ORDERED  _____  
VERNON S. BRODERICK  
U.S.D.J.   9/24/2024