# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

October 9, 2024

Hon. Vernon S. Broderick  
U.S. District Court  
40 Foley Square  
New York, NY 10007

**APPLICATION GRANTED**  
**SO ORDERED** /s/  
VERNON S. BRODERICK  
U.S.D.J. 10/10/2024

Re:   *Shelby v. Pertucci,* 19 Cv 2020 (VSB)(SN)

Dear Judge Broderick:

I am counsel for July Shelby, the Petitioner in the above referenced matter.

Please accept this letter in lieu of a formal motion respectfully requesting an additional one week extension of the deadline specified in the Court's Order issued on September 19, 2024 which directs the parties to meet and confer and file a joint letter regarding the exhibits submitted in advance of the evidentiary hearing held on June 28 and 29, 2022. (ECF. 128). Pursuant to a prior application, the deadline for filing the letter was extended to today's date. (ECF 130). The Government and I have been discussing the contents of the joint letter. At this point, we seek an additional week to continue our discussions.

The Government does not object to this request.

Wherefore, I respectfully request this application be granted.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc:   Dana Walsh Kumar, AUSA (ECF)  
      Lucas Issacharoff, AUSA (ECF)