UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JJS,

                         Petitioner,                  19-CV-2020 (VSB)(SN)

      -against-                                **ORDER**

W.S. PLILER,

                        Respondent.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties are ORDERED to file a joint status letter by December 16, 2024.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     New York, New York
                October 17, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2024