```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JJS,

                Petitioner,

-against-

W.S. Pliler,

                Respondent.

1:19-cv-02020 (VSB) (SDA)

**ORDER SCHEDULING CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

    The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for a dispositive motion, pursuant to 28 U.S.C. § 636(b). The parties are directed to appear for a conference on Wednesday, February 19, 2025, at 2:00 p.m. to discuss the status of, and schedule for, the case. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:        New York, New York
               February 5, 2025

_____
STEWART D. AARON
United States Magistrate Judge