

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 6, 2025

**By Email**
The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2025
```

    Re:    *Shelby v. Pliler*, No. 19 Civ. 2020 (VSB) (SN)

Dear Judge Aaron:

    This Office represents Respondent in connection with the above-referenced action. I write to respectfully request an adjournment of the Court conference scheduled for February 19, 2025. ECF No. 142. The reason for the request is that I am scheduled to be on trial before Judge Rochon the week of February 18, 2025. Accordingly, I respectfully request that the conference scheduled for February 19, 2025 be adjourned to the following week. I have conferred with Petitioner's counsel, and all parties are available for a conference on February 25, 26 or 27, if any of those dates is convenient for the Court.

    I thank the Court for its consideration of this request and attention to this matter.

    Respectfully,

    DANIELLE R. SASSOON
    United States Attorney for the
    Southern District of New York

By:    /s/ *Dana Walsh Kumar*
    DANA WALSH KUMAR
    Assistant United States Attorney
    Tel.: (212) 637-2741
    Email: Dana.Walsh.Kumar@usdoj.gov

cc: Petitioner's Counsel (by ECF)

Request GRANTED. The conference scheduled for February 19, 2025 at 2:00 p.m. (ECF No. 142) is adjourned to February 26, 2025 at 3:00 p.m. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

SO ORDERED.
Dated: February 6, 2025