```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JJS,<br><br>       Petitioner,<br><br>  -against-<br><br>W.S. Pliler,<br><br>       Respondent. | 1:19-cv-02020 (VSB) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during today's telephone conference in which Counsel for Petitioner and Respondent participated, it is hereby ORDERED, as follows:

1. Petitioner shall file a supplemental submission no later than Monday, April 14, 2025.

2. Respondent shall file a response to the supplemental submission no later than Wednesday, May 14, 2025.

3. Petitioner shall file a reply no later than Wednesday, May 28, 2025.

In their submissions, the parties shall address the jurisdiction of the Court, as well as the factual record and legal arguments in support of the relief sought.

**SO ORDERED.**

Dated:  New York, New York
     February 26, 2025

                /s/ Stewart D. Aaron
                _____
                STEWART D. AARON
                United States Magistrate Judge