UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JJS,<br><br>                              Petitioner,<br><br>       -against-<br><br>W.S. Pliler,<br><br>                              Respondent. | 1:19-cv-02020 (VSB) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED that Respondent's letter motion (ECF No. 158) is GRANTED IN PART and DENIED IN PART. No later than August 19, 2025, Respondent shall file its opposition to Petitioner's Supplemental Petition. No later than September 9, 2025, Petitioner shall file a reply.

**SO ORDERED.**

Dated:     New York, New York
              July 28, 2025

                                                        _____
                                                         STEWART D. AARON
                                                         United States Magistrate Judge