

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

August 19, 2025

**APPLICATION GRANTED**

/s/ Stewart D. Aaron
Hon. Stewart D. Aaron, U.S.M.J.
Dated: August 20, 2025

<u>BY ECF</u>

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *JJS v. Warden Pliler*, 19 Civ. 02020 (VSB) (SDA)

Dear Judge Aaron:

    This Office represents Respondent in the above-referenced habeas matter. I write to respectfully request permission to file under seal excerpts from Petitioner's medical records from the Bureau of Prisons. Consistent with Section III.E of this Court's Individual Rules, these documents will be filed under seal on ECF.

    The government respectfully submits that sealing is appropriate notwithstanding the presumption of access discussed by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006), in light of the privacy interests of individuals in their medical records. *See, e.g.*, *Barnwell v. FCI Danbury*, No. 10 Civ. 1301 (DJS), 2011 WL 5330215, at *5 (D. Conn. Nov. 3, 2011) (noting a rebuttable presumption of openness of court filings, but granting motion to seal in light of federal law's treatment of such records as confidential pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub. L. 104-191 (1996)). Courts in this District have permitted the sealing of medical records, even if specific details relating to the individual's health appear on the record. *See, e.g.*, *Goyal v. United States*, No. 19 Cr. 844 (CS), 2025 WL 307236, at *13 n.23 (S.D.N.Y. Jan. 27, 2025); *United States v. Needham*, 460 F. Supp. 3d 323, 325 n.1 (S.D.N.Y. 2020); *United States v. Estevez*, No. 18 Cr. 669 (JPO), 2020 WL 1911207, at *1 (S.D.N.Y. Apr. 20, 2020). In addition, the Court previously granted Petitioner's request to keep Petitioner's medical records, which were attached to the Government's initial opposition to the Petition, under seal. *See* ECF Nos. 127, 128.

    Petitioner's counsel consents to this request. I thank the Court for its attention to this matter.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By:   */s/ Dana Walsh Kumar*
        DANA WALSH KUMAR
        Assistant United States Attorney
        86 Chambers Street, 3rd floor
        New York, New York 10007
        Telephone: (212) 637-2741
        E-mail: dana.walsh.kumar@usdoj.gov