# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

November 3, 2025

Hon. Vernon S. Broderick
U.S. District Court
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.   11/4/2025

Re:   *JJS v. Plilar,* 19 Cv 2020 (VSB)(SN)

Dear Judge Broderick:

    I am counsel for JJS, the Petitioner in the above referenced matter.

    On September 23, 2025, Magistrate Aaron issued a Report and Recommendation ("R&R") regarding the remaining habeas claim in the above referenced matter. Currently, my objections to the R&R are due by November 7, 2025.

    On October 2, 2025, Chief Judge Swain issued a standing order in *In re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, 25 MC 433 (TS), ECF Doc. 3 (the "Order"). In pertinent part, the Order provides that scheduling order deadlines -- in all civil cases where the U.S. Attorney's Office (SDNY) has appeared as counsel for U.S. agencies and/or its employees -- are tolled for the duration of the government shutdown and extended for a period equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation restoring DOJ funding.

    Following issuance of the Order, I conferred with AUSA Kumar, counsel for Respondent. We both agree the Order's stay and tolling provision apply to the matter at bar. Accordingly, please accept this letter as a motion seeking confirmation that Order's the stay and tolling provision apply to the above referenced November 7th deadline. In addition, by this motion, I request that, after the shutdown ends, the parties may submit a letter to the Court specifying a revised date for submission of objections to the R&R.

    AUSA Kumar does not object to this request.

                                          Respectfully submitted,
                                          /s/
                                          Jeffrey G. Pittell

cc:   Dana Walsh Kumar, AUSA (ECF)