UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULY JUSTINE SHELBY,

Plaintiff,

-against-

WARDEN J. PETRUCCI,

Defendant.

---

19-CV-2020 (VSB)
20-CV-3233 VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the Government's letters regarding the order of Senior Judge Sidney A. Fitzwater, Northern District of Texas, Fort Worth Division granting a preliminary injunction at the request of plaintiffs-intervenors (biologically female inmates) in *Fleming v. Rule*, No. 25-CV-157 (N.D. Tex.), which orders that the Bureau of Prisons ("BOP") "shall house male inmates," defined as "biologically male, regardless of gender identity," in "a secure, segregated area at FMC Carswell [("Carswell")], and shall use such separate movement, routing, scheduling, or other measures as necessary to prevent overlap between male inmates and female inmates in housing and shared spaces," Doc. 199 at 1–2, *Fleming*, 25-CV-157 (June 2, 2026) (the "*Fleming* Injunction"). (*See* Docs. 184, 190.) Because Petitioner is housed at FMC Carswell ("Carswell") and appears to fit within the *Fleming* court's definition of a "male inmate," the BOP transferred Petitioner, along with other impacted inmates, to "their own housing unit at Carswell." (Doc. 184.) The Government represents that the BOP redesignated Petitioner's status so that she could remain at Carswell, since the Female Administrative Unit is a higher security unit for "female inmates who are not eligible for lower security units." (Doc. 190.) I

am also in receipt of Petitioner's opposition letter, which contends that the transfer of Petitioner to this new, separate unit at Carswell is a direct violation of my previous November 1, 2022 Order mandating that she be housed in a women's facility. (Doc. 192 at 3.)

Accordingly, it is hereby ORDERED that the parties shall attend a telephonic hearing on the transfer request on October 20, 2026 at 2:00 p.m. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID. The parties should be prepared to respond to the following questions, among other information:

- Is Petitioner currently receiving gender affirming care, hormone therapy, or any other medical or mental health care at Carswell? If so, if she is transferred to another women's facility, would she be able to receive the same care?
- Was Petitioner's security level decreased so that she could be placed in her current unit at Carswell?
- Would Petitioner's security level change if she is transferred to another women's facility? If so, why would it change?
- If I order Petitioner to be transferred to a women's facility, what would happen logistically? What are her possible transfer options?
- Has Petitioner considered the impact her transfer could have on the medical care she may be receiving and her security level?

SO ORDERED.

Dated: October 6, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge