UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULY JUSTINE SHELBY,<br><br>Plaintiff,<br><br>-against-<br><br>WARDEN J. PETRUCCI,<br><br>Defendant. | 19-CV-2020 (VSB)<br>20-CV-3233 VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

It is hereby ORDERED that the telephonic hearing initially set for October 20, 2026, at 2:00 p.m. is adjourned to October 20, 2026, at 3:30 p.m. All other information from my October 6, 2026, Order, including the dial-in number and access code for the hearing, remains accurate.

SO ORDERED.

Dated: October 16, 2026
New York, New York

Vernon S. Broderick
United States District Judge