UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JJS, Petitioner, -against- WARDEN, FMC CARSWELL, Respondent. | 19-CV-2020 (VSB) 20-CV-3233 VSB) **ORDER** |

VERNON S. BRODERICK, United States District Judge:

As discussed during today's telephonic conference, it is hereby ORDERED that the Respondent provide answers to the following questions no later than October 27, 2026, at 5 p.m.:

1. What, if any, additional information can you provide about the procedural posture (including, but not limited to, the anticipated duration of the preliminary relief and any anticipated appellate activity with respect to such preliminary relief) of the following two cases: *Fleming v. Rule*, No. 25-CV-157 (N.D. Tex.); and *Kingdom et al. v. Trump et al.*, No. 25-CV-691 (D.D.C.)?

2. What, if any, medical care, mental health care, and/or services currently being received by Petitioner at FMC Carswell related to Petitioner's gender dysphoria diagnosis would be unavailable if Petitioner were transferred to an out-of-state female facility? The answer to this question can be provided under seal to the extent it relates to information regarding treatment or diagnosis.

Should the Petitioner wish to respond to the Respondent's submission, any such response shall be filed no later than November 3, 2026, at 5 p.m.

SO ORDERED.

Dated: October 20, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge